# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TOMIKA MILLER and the
ESTATE OF RAYSHARD BOOKS,
by and through TOMIKA MILLER,
Administratrix,

    Plaintiffs,

v.

CITY OF ATLANTA, GEORGIA,
GARRETT ROLFE, and DEVIN
BROSNAN,

    Defendants.

CIVIL ACTION FILE NO.
1:21-cv-03752-SDG

## **CITY OF ATLANTA, GEORGIA'S MOTION TO DISMISS**

COMES NOW CITY OF ATLANTA, GEORGIA (the "City"), Defendant herein, and files and serves this its Motion to Dismiss Plaintiffs' Complaint for Violation of Civil Rights, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. For the reasons stated in the City's Brief in Support of its Motion to Dismiss, which is filed contemporaneously with this Motion, the City respectfully requests that this Honorable Court grant its Motion and dismiss Plaintiffs' claims against it.

Respectfully submitted this 22nd day of October, 2021.

| | HALL BOOTH SMITH, P.C. |
|---|---|
| 191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA 30303-1775<br>Tel:  (404) 954-5000<br>Fax:  (404) 954-5020<br>dware@hallboothsmith.com<br>pfriduss@hallboothsmith.com<br>nkinsley@hallboothsmith.com | */s/ R. David Ware*<br>*/s/ Phillip E. Friduss*<br>R. DAVID WARE<br>Georgia Bar No. 737756<br>Phillip E. Friduss<br>Georgia Bar No. 277220<br>Nicholas A. Kinsley<br>Georgia Bar No. 276862<br>*Counsel for Defendant City of Atlanta* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TOMIKA MILLER and the
ESTATE OF RAYSHARD BOOKS,
by and through TOMIKA MILLER,
Administratrix,

    Plaintiffs,

v.

CITY OF ATLANTA, GEORGIA,
GARRETT ROLFE, and DEVIN
BROSNAN,

    Defendants.

CIVIL ACTION FILE NO.
1:21-cv-03752-SDG

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **CITY OF ATLANTA, GEORGIA'S MOTION TO DISMISS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of Records are:

| | |
|---|---|
| L. Chris Stewart<br>Justin Miller<br>Dianna J. Lee<br>Stewart Miller Simmons Trial Attorneys<br>55 Ivan Allen Jr. Boulevard<br>Suite 700<br>Atlanta, Georgia 30308<br>cstewart@smstrial.com<br>jmiller@smstrial.com<br>dlee@smstrial.com<br>*Attorneys for Plaintiffs* | G. Brian Spears<br>Jeff Filipovits<br>Spears & Filipovits, LLC<br>1126 Ponce de Leon Avenue<br>Atlanta, Georgia 30306<br>bspears@civil-rights.law<br>jeff@civil-rights.law<br>*Attorneys for Plaintiffs* |

Respectfully submitted this 22nd day of October, 2021.

| | |
|---|---|
| 191 Peachtree Street, N.E.<br>Suite 2900<br>Atlanta, GA 30303-1775<br>Tel:  (404) 954-5000<br>Fax:  (404) 954-5020<br>dware@hallboothsmith.com<br>pfriduss@hallboothsmith.com<br>nkinsley@hallboothsmith.com | **HALL BOOTH SMITH, P.C.**<br><br>*/s/ R. David Ware*<br>*/s/ Phillip E. Friduss*<br>R. DAVID WARE<br>Georgia Bar No. 737756<br>Phillip E. Friduss<br>Georgia Bar No. 277220<br>Nicholas A. Kinsley<br>Georgia Bar No. 276862<br>*Counsel for Defendant City of Atlanta* |