IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMIKA MILLER and the ESTATE OF RAYSHARD BROOKS, by and through Tomika Miller, Administrator,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ATLANTA, GEORGIA; and GARRETT ROLFE, *in his individual capacity*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>FILE NO. 1:21-CV-03752-SDG |

## NOTICE OF APPEAL

**Please take notice that** Defendant GARRETT ROLFE appeals to the United States Court of Appeals for the Eleventh Circuit the September 29, 2022 Order entered by the U.S. District Court for the Northern District of Georgia denying in part and granting in part the Defendant's Motion to Dismiss with respect to the District Court's ruling on official immunity from the State law claims and qualified immunity from the federal claims (Doc. 57), and any issue inextricably intertwined with those decisions, pursuant to 28 U.S.C.A.§ 1291. (*Mitchell v. Forsyth*, 105 S. Ct. 2806 (1985)).

This 10th day of October, 2022.

                                        CAROTHERS & MITCHELL, LLC

                                        */s/ Thomas M. Mitchell*

                                        THOMAS M. MITCHELL
                                        Georgia Bar No. 513597
                                        Attorneys for Defendant Garrett Rolfe

1809 Buford Highway
Buford, GA 30518
(770) 932-3552
(770) 932-6348 FAX
Email: thomas.mitchell@carmitch.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMIKA MILLER and the ESTATE OF RAYSHARD BROOKS, by and through Tomika Miller, Administrator,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ATLANTA, GEORGIA; and GARRETT ROLFE, *in his individual capacity*,<br><br>Defendants. | :<br>:<br>:  CIVIL ACTION<br>:<br>:  FILE NO. 1:21-CV-03752-SDG<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF SERVICE AND**
## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I certify that on this date, I electronically filed this Notice of Appeal with the Clerk of the Court using the CM/ECF system (which document was prepared using Times New Roman, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L. R. 5.1(C)), which will automatically send e-mail notification of such filing to the following attorneys of record:

Joshua S. Foster
CITY OF ATLANTA DEPARTMENT OF LAW
55 Trinity Avenue, S.W.
Suite 5000
Atlanta, Georgia 30303
josfoster@atlantaga.gov
*Counsel for Defendant City of Atlanta*

Nicholas A. Kinsley, Esq.
Phillip E. Friduss, Esq.
R. David Ware, Esq.
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street, N.E. Suite 2900
Atlanta, GA 30303-1775
nkinsley@bellsouth.com
pfriduss@hallboothsmith.com
dware@hallboothsmith.com
*Counsel for Defendant City of Atlanta*

G. Brian Spears, Esq.
Jeff Filipovits, Esq.
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
bspears@civil-rights.law
jeff@civil-rights.law
*Counsel for Plaintiffs*

L. Chris Stewart, Esq.
Dianna J. Lee, Esq.
Stewart Miller Simmons Trial Attorneys
55 Ivan Allen Jr. Blvd., Suite 700
Atlanta, GA 30308
(844) 874-2500
cstewart@smstrial.com
dlee@smstrial.com
*Counsel for Plaintiffs*

This 10th day of October, 2022.

                                 CAROTHERS & MITCHELL, LLC

                                 */s/ Thomas M. Mitchell*

                                 THOMAS M. MITCHELL
                                 Georgia Bar No. 513597
                                 Attorneys for Defendant

1809 Buford Highway
Buford, GA 30518
(770) 932-3552
(770) 932-6348 FAX
Email: thomas.mitchell@carmitch.com